**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

POLLACK LANDSTROM ASSOCIATES,
Plaintiff,

vs.

LABTEC CORPORATION, ETAL
Defendant.

CV 00-123 RHK/JMM

---

POLLACK LANDSTROM ASSOCIATES,
Plaintiff,

vs.

LABTEC CORPORATION,
Defendant.

**ORDER FOR REASSIGNMENT OF RELATED CASES**

CV 00-2062 DSD/JMM

---

Case No.00-123 RHK/JMM having been assigned to Judge Richard H. Kyle and Case No.00-2062 DSD/JMM having later been assigned to Judge David S. Doty, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-2062 be assigned to Judge Richard H. Kyle , nunc pro tunc, by use of a card on the Master List of the automated case assignment system,and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated April 16, 1997.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: September 13, 2000

RICHARD H. KYLE,Judge
United States District Court

Dated: September 14, 2000

DAVID S. DOTY,Judge
United States District Court

FILED SEP 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

This case has been re-assigned to Judge Richard H. Kyle and Magistrate Judge John M. Mason remains the Magistrate Judge in this action as this case is related to Civil No. 00-123 already assigned to Judge Kyle. In future filings, please indicate the following on documents:

00-2062RHK/JMM

The file number remains the same, only the Judge's initials have changed.